# MANDATE

E.D.N.Y.—Bklyn<br>
06-md-1775<br>
Gleeson, J.<br>
Pohorelsky, M.J.

United States Court of Appeals
FOR THE
SECOND CIRCUIT
_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of November, two thousand fifteen.

Present:

> Peter W. Hall,
> Raymond J. Lohier, Jr.,
>> *Circuit Judges,*
>
> Christina Reiss,
>> *Chief District Judge.*∗

| | |
|---|---|
| In re Air Cargo Shipping Services Antitrust Litigation. | 15-2361 |
| In re Air Cargo Shipping Services Antitrust Litigation. | 15-2365 |

The Petitioners in the above-captioned cases move, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order granting Respondents' motion for class certification. Petitioners Polar Air Cargo LLC, Polar Air Cargo Worldwide, Inc., and Atlas Worldwide Holdings, Inc. also move for leave to file a reply. Upon due consideration, it is hereby ORDERED that the motion for leave to file a reply is DENIED, and the Rule 23(f) petitions for leave to appeal are DENIED because an immediate appeal is unwarranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139-40 (2d Cir. 2001).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

∗ Chief Judge Christina Reiss, of the United States District Court for the District of Vermont, sitting by designation.